United States District Court
Southern District of Texas
**ENTERED**
August 26, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKE ZHUOWEI CHEN, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-02980 |
| § | |
| NATIONWIDE GENERAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by Notice of Settlement (Doc. No. 12) that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 25th day of August, 2016.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE